Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>KSHAMA SAWANT, an individual. CITY OF SEATTLE, a municipal corporation,<br><br>    Defendants . | NO. C18-0506MJP<br><br>STIPULATION AND AGREED ORDER CONTINUING INITIAL DISCLOSURES AND JOINT STATUS REPORT DATES |

Plaintiffs Scott Miller and Michael Spaulding and Defendants Kshama Sawant and the City of Seattle, stipulate and jointly move the Court for an order adjusting dates as currently set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated May 2, 2018 (the "Initial Order").

In light of the pending Motion for More Definite Statement and an expected motion to dismiss to be filed by defendants thereafter, the parties agree that no answer will be filed until resolution of such motions and no initial disclosures would be expected to be made until ruling on such motions. Accordingly, the parties jointly request that the current deadlines set forth in the Initial Order be continued.

It is proposed that the deadline for FRCP 26(f) conference be set to occur within 21 days after ruling by this Court on any motion to dismiss (pre-answer) that any defendant files or 21 days after answers are filed in the event no motion to dismiss is filed.

STIPULATION AND AGREED ORDER CONTINUING TRIAL
DATE AND RELATED DEADLINES - 1
(2:18-cv-00506-MJP)

It is further proposed that Initial Disclosures under FRCP 26(a)(1), occur within ten (10) days after the FRCP 26(f) conference.

It is finally proposed that the Combined Joint Status Report and Discovery Plan under FRCP 26(f) be due within ten (10) days after Initial Disclosures are made.

RESPECTFULLY SUBMITTED this 5th day of June, 2018.

s/ Dmitri Iglitzin
Katelyn Sypher, WSBA #49759
Carson Phillips-Spotts, WSNA #51207
Dmitri Iglitzin, WSBA #17673
Schwerin Capmbell Barnard Iglitzin & Lavitt, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98118-3971
206-285-2828
Email: Sypher@workerlaw.com;
Phillips@workerlawcom;
Iglitzin@workerlaw.com
**Attorneys for Defendant Sawant**

s/James E. Lobsenz
James E. Lobsenz, WSBA #8787
Carney Badley Spellman PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Tel: (206) 622-8020
*Email: lobsenz@carneylaw.com*

**Attorney for Defendant Sawant**

s/Jessica L. Goldman
Jessica L. Goldman, WSBA #21856
Sarah I. Hale, WSBA #40241
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Email*:* jessicag@summitlaw.com
Email: sarahh@summitlaw.com
**Attorneys for City of Seattle**

s/Daniel A. Brown
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: dbrown@williamskastner.com
**Attorneys for Plaintiffs Miller and Spaulding**

## **ORDER**

Based upon the foregoing Stipulation, it is hereby

ORDERED that the initial disclosures, joint status report, and early settlement deadline dates be continued to the dates as requested by the parties above.

DONE IN OPEN COURT this _14th_ day of _June_, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

SO STIPULATED:

s/ Dmitri Iglitzin
Katelyn Sypher, WSBA #49759
Carson Phillips-Spotts, WSNA #51207
Dmitri Iglitzin, WSBA #17673
Schwerin Capmbell Barnard Iglitzin & Lavitt, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98118-3971
206-285-2828
Email: Sypher@workerlaw.com;
Phillips@workerlawcom;
Iglitzin@workerlaw.com
**Attorneys for Defendant Sawant**

s/James E. Lobsenz
James E. Lobsenz, WSBA #8787
Carney Badley Spellman PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Tel: (206) 622-8020
*Email: lobsenz@carneylaw.com*

**Attorney for Defendant Sawant**

s/Jessica L. Goldman
Jessica L. Goldman, WSBA #21856
Sarah I. Hale, WSBA #40241
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Email: jessicag@summitlaw.com
Email: sarahh@summitlaw.com
**Attorneys for City of Seattle**

s/Daniel A. Brown
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: dbrown@williamskastner.com
**Attorneys for Plaintiffs Miller and Spaulding**

STIPULATION AND AGREED ORDER CONTINUING TRIAL
DATE AND RELATED DEADLINES - 4
(2:18-cv-00506-MJP)