# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, et al., | CASE NO. C18-506 MJP |
| Plaintiffs, | ORDER TO SHOW CAUSE RE: FEDERAL JURISDICTION |
| v. | |
| KSHAMA SAWANT, et al., | |
| Defendants. | |

Prior to ruling on the pending Motion for a More Definite Statement, the Court wishes to ascertain the specific basis upon which Plaintiffs are asserting federal jurisdiction in this matter. Wherefore,

IT IS ORDERED that Plaintiffs will file a brief (not to exceed 6 pages) detailing the basis upon which federal jurisdiction is claimed in this matter. Plaintiffs are encouraged to cite to specific statutory and/or case authority for their assertion of federal jurisdiction.

IT IS FURTHER ORDERED that no response from Defendants is required unless requested by the Court.

Plaintiffs' jurisdictional brief is to be filed by **Monday, September 24, 2018.**

The clerk is ordered to provide copies of this order to all counsel.

Dated September 17, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge