UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER and MICHAEL SPAULDING,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KSHAMA SAWANT and CITY OF SEATTLE,<br><br>                    Defendants. | CASE NO. C18-506-MJP<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION AND DISMISSING DEFENDANT CITY OF SEATTLE |

THIS MATTER comes before the Court on the City of Seattle's Motion for Reconsideration (Dkt. No. 37) and the Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 38). Having reviewed the Motion and the related record, including the Response to the Notice of Voluntary Dismissal (Dkt. No. 39), the Court hereby GRANTS the Motion for Reconsideration.

During its consideration of Defendant Sawant's Motion to Dismiss, the Court inadvertently overlooked the Notice of Joinder filed by Defendant City of Seattle. (See Dkt. No. 25.) That Notice indicates the City's intent to seek dismissal of the derivative claims filed

against it (i.e., defamation, defamation per se, federal defamation, and outrage claims) and at issue in Councilmember Sawant's Motion to Dismiss, but does not address the remaining retaliation claim against the City. Had the Court reviewed the Notice of Joinder before ruling on the Motion to Dismiss, it would have dismissed the derivative claims against the City with prejudice, while allowing the retaliation claim to proceed. Accordingly, the Court hereby amends its Order Granting the Motion to Dismiss (Dkt. No. 36) to include the following:

> The Court GRANTS Defendant City of Seattle's Motion to Dismiss, and hereby dismisses *with prejudice* the defamation, defamation per se, federal defamation, and outrage claims brought against it. The remaining retaliation claim in this matter shall proceed solely against Defendant City of Seattle.

Shortly after the Motion for Reconsideration was filed, Plaintiffs filed a Notice of Voluntary Dismissal. (Dkt. No. 38.) That Notice indicates their intent to dismiss *without prejudice* "all claims" against the City of Seattle. However, as discussed above, the derivative claims should have been dismissed with prejudice, such that the only unresolved claim left for voluntary dismissal is the retaliation claim. Accordingly, pursuant to the Notice of Voluntary Dismissal, the Court hereby dismisses the retaliation claim *without prejudice*.

It is the Court's understanding that all remaining claims have been disposed of, and the case is now concluded. A judgment will follow accordingly.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 18, 2019.

Marsha J. Pechman
United States District Judge