UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, et al., | CASE NO. C18-506 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KSHAMA SAWANT, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of the Mandate issued by the Ninth Circuit Court of Appeals in No. 19-35228, remanding the above-entitled matter to this Court. Accordingly,

IT IS ORDERED that Plaintiffs will file an amended complaint addressing the deficiencies identified in the Ninth Circuit's April 27, 2020 order, by no later than **August 3, 2020.**

MINUTE ORDER - 1

1    IT IS FURTHER ORDERED that the parties will submit an updated Joint Status Report to this Court by no later than **August 3, 2020.**

The clerk is ordered to provide copies of this order to all counsel.

Filed July 2, 2020.

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk

MINUTE ORDER - 2