Honorable Marsha J. Pechman
September 4, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, and individual, and MICHAEL SPAULDING, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KSHAMA SAWANT, an individual, CITY OF SEATTLE, a municipal corporation,<br><br>Defendants. | NO. 2:18-cv-00506-MJP<br><br>[PROPOSED] ORDER ON DEFENDANT SAWANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT |

This matter having come on before this Court on Defendant Kshama Sawant's Motion to Dismiss Third Amended Complaint and the Court having reviewed the record and pleadings on file,

IT IS HEREBY ORDERED that:

Defendant Sawant's Motion to Dismiss Third Amended Complaint pursuant to Fed.R.Civ. P. 12(b)(6) is GRANTED and that Plaintiffs' claims against Defendant Sawant are dismissed with prejudice.

DATED this _____ day of September, 2020.

_____
Honorable Marsha J. Pechman

[PROPOSED] ORDER ON DEFENDANT SAWANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT – 1
(2:18-cv-00506-MJP)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PEM002-1410 6314425