The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>KSHAMA SAWANT, an individual. CITY OF SEATTLE, a municipal corporation, <br><br>Defendant. | NO. 2:18-cv-00506 MJP <br><br> COURT'S REVISED CASE SCHEDULE |

Pursuant to the Court's Minute Order (Dkt. 58), entered on August 14, 2020, Plaintiffs Scott Miller and Michael Spaulding and Defendant Kshama Sawant (collectively, the "Parties") hereby submit the following agreed case schedule.

| | |
|---|---|
| FRCP 26(f) Conference | December 15, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | January 4, 2021 |
| All motions related to discovery must be FILED by: | April 5, 2021 |
| Discovery Completed by: | April 26, 2021 |
| All dispositive motions must be FILED by: | July 9, 2021 |

REVISED CASE SCHEDULE - 1
(2:18-cv-00506-MJP)

| | |
|---|---|
| Motions in Limine must be FILED by: | October 8, 2021 |
| Agreed Pretrial Order OR if counsel request to dispense with, and the Court approves, Witness and Exhibit Lists are due on: | October 20, 2021 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | October 20, 2021 |
| Pretrial conference will be HELD | October 27, 2021 at 1:30 p.m. |
| Trial: | November 8, 2021 |
| | |

Signed this 21st day of September, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

REVISED CASE SCHEDULE - 2
(2:18-cv-00506-MJP)

REVISED CASE SCHEDULE - 3
(2:18-cv-00506-MJP)