## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER and MICHAEL SPAULDING,<br><br>            Plaintiffs,<br><br>    v.<br><br>KSHAMA SAWANT,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-506-MJP |

\_\_     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the defamation and outrage claims against Defendant Councilmember Sawant be dismissed *with* prejudice (Dkt. No. 68).

Dated December 29, 2020.

                                                          William M. McCool
                                                          Clerk of Court

                                                          s/ Paula McNabb
                                                          Deputy Clerk