UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, MICHAEL SPAULDING, <br><br> Plaintiff, <br><br> v. <br><br> KSHAMA SAWANT, <br><br> Defendant. | CASE NO. C18-506 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Ninth Circuit's Opinion and Mandate (Dkt. Nos. 72 & 75), the Court ORDERS the Parties to meet and confer and submit a Joint Status Report containing: (1) new proposed deadlines for all case events identified in the Court's Revised Case Schedule (Dkt. No. 67); and (2) a trial date, including the estimated number of trial days. The Parties are strongly encouraged to reach agreement on the case deadlines and trial date. The Parties are also reminded that any case schedule must allow approximately four months between the dispositive

MINUTE ORDER - 1

1 | motion deadline and the trial date. The Parties shall file the joint status report **by no later than**
2 | **March 8, 2022**.
3 |     The clerk is ordered to provide copies of this order to all counsel.
4 |     Filed February 25, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2