UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, MICHAEL SPAULDING,<br><br>  Plaintiffs,<br><br>  v.<br><br>KSHAMA SAWANT,<br><br>  Defendant. | CASE NO. C18-506 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court ordered the parties to meet and confer and submit a joint status report by March 8, 2022. (See Dkt. No. 76.) As set forth in Plaintiffs' "Status Report" (Dkt. No. 77), the Parties failed to comply with that Order or ask for an extension. The Court again ORDERS the Parties to meet and confer and file a joint status report as set forth in Dkt. No. 76, **which shall be due by no later than March 15, 2022**. The failure to meet and confer and/or to file a joint status report may result in sanctions.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed March 9, 2022.

                Ravi Subramanian
                Clerk of Court

                s/Serge Bodnarchuk
                Deputy Clerk