Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KSHAMA SAWANT, an individual. CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | NO. 2:18-cv-00506-MJP<br><br>DECLARATION OF DANIEL A. BROWN IN SUPPORT OF MOTION TO COMPEL DEFENDANT SAWANT'S DEPOSITION AFTER FAILING TO APPEAR FOR PROPERLY NOTED DEPOSITION AND FOR SANCTIONS, ATTORNEYS' FEES AND COSTS |

I, Daniel A. Brown, declare as follows:

1. I am a member at Williams Kastner, attorneys for Plaintiffs in this action, and I make this declaration based on my personal knowledge. If called to testify I would be competent to do so.

2. On November 22, 2022, our office noted Defendant Sawant's deposition, to occur in-person, on December 9, 2022. Attached as **Exhibit A** is a true and correct copy of the email in which I emailed the Notice of Deposition of Defendant Sawant as well as a copy of the notice of deposition, which was also mailed by our office the same day.

3 Five days after I sent this notice of deposition to Defense counsel's office—to Mr. Iglitzin—he indicated that he and Ms. Sawant were not available for deposition on

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
MOTION TO COMPEL DEFENDANT SAWANT'S DEPOSITION
AFTER FAILING TO APPEAR FOR PROPERLY NOTED
DEPOSITION AND FOR SANCTIONS, ATTORNEYS' FEES AND
COSTS - 1
(2:18-cv-00506-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7686766.1

December 9.  Instead he indicated they could be available on December 7, but only via Zoom.  I informed Mr. Iglitzin that I was not available on December 7, but that I could be available the following week, on December 13 or 14 and would agree to stipulate to extend (by only two days) the discovery cutoff to accommodate the taking of Ms. Sawant's deposition at a mutually agreeable date in-person.  Attached as **Exhibit B** is a true and correct copy of this email exchange between me and Mr. Iglitzin in which I attempted to cooperatively work with his office and his client's schedule.

4.  After I had not heard from Mr. Iglitzin for another 6 days, on December 8th at 1:14 pm, I followed up with Mr. Iglitzin again asking if he would be amendable to a mutually agreeable date the following week, and if not, to provide a time the next day or Monday for a 26(i) conference.  This email exchange can be found in Exhibit B, which is already attached.

5.  The next day, the day of the scheduled deposition, Ms. Sawant did not show up for her deposition (just like she said she would not) and Mr. Iglitzin finally responded to email, suggesting that we speak on the following Wednesday for our meet and confer conference.  I responded to him approximately 15 minutes later that it would likely be a very brief call if Defendant would not agree on a workable date the following week and that we should shoot for Monday or Tuesday—(although, had Mr. Iglitzin informed me that Ms. Sawant would *not* show up to her properly noted deposition on a mutually agreeable later date when I initially inquired on November 30th, our office would have filed this motion at least a week earlier).  It seems pretty clear that Mr. Iglitzin (or Defendant) attempted to delay a substantive response to my request to find a workable date for everyone or until the discovery cutoff had occurred so that Plaintiffs would be forced to file this motion after the discovery cutoff.  It wreaks of bad faith and the type of conduct that gives the legal profession and the court system in general a bad name.  This is not how I practice—especially when the other side is trying to accommodate

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF MOTION TO COMPEL DEFENDANT SAWANT'S DEPOSITION AFTER FAILING TO APPEAR FOR PROPERLY NOTED DEPOSITION AND FOR SANCTIONS, ATTORNEYS' FEES AND COSTS - 2
(2:18-cv-00506-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7686766.1

1  my schedule.  These email exchanges between Mr. Iglitzin and myself are all attached as

2  Exhibit B and speak for themselves and should be reviewed by the Court in full.

3        6.     On Monday, December 12, Mr. Iglitzin and I briefly spoke (about 2 minutes)

4  and had our 26(i) conference.  He refused to make Defendant available for any deposition at

5  this point and seemed to think that by making her available (only via Zoom as I mentioned

6  above) on a date that I did not note her deposition on and on which I was not available,

7  somehow she was not required to ever by deposed and certainly not on the December 9th

8  deposition date I properly noted.  I mentioned he should have gotten a protective order if there

9  was not going to be an agreed resetting of her deposition date.  He indicated I should proceed

10 by motion as I indicated I would.

11      The foregoing statement is made under penalty of perjury under the laws of the United

12 States of America and is true and correct.

13      DATED this 15th day of December, 2022, at Seattle, Washington.

14

15                                               s/Daniel A. Brown
                                              Daniel A. Brown, WSBA #22028
                                              WILLIAMS, KASTNER & GIBBS PLLC
16                                               601 Union Street, Suite 4100
                                              Seattle, WA 98101-2380
17                                               Telephone:  (206) 628-6600
                                              Fax:  (206) 628-6611
18                                               Email: dbrown@williamskastner.com
                                              Attorneys for Plaintiffs Miller and Spaulding

19

20

21

22

23

24

25 DECLARATION OF DANIEL A. BROWN IN SUPPORT OF MOTION TO COMPEL DEFENDANT SAWANT'S DEPOSITION AFTER FAILING TO APPEAR FOR PROPERLY NOTED DEPOSITION AND FOR SANCTIONS, ATTORNEYS' FEES AND COSTS - 3
(2:18-cv-00506-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7686766.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

s/ Daniel A. Brown
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
dbrown@williamskastner.com
Attorneys for Plaintiffs Miller and Spaulding

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF MOTION TO COMPEL DEFENDANT SAWANT'S DEPOSITION AFTER FAILING TO APPEAR FOR PROPERLY NOTED DEPOSITION AND FOR SANCTIONS, ATTORNEYS' FEES AND COSTS - 4
(2:18-cv-00506-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7686766.1

# Exhibit A

# Cox, Jessica

| | |
|---|---|
| **From:** | Brown, Daniel |
| **Sent:** | Tuesday, November 22, 2022 4:51 PM |
| **To:** | Dmitri Iglitzin; James E. Lobsenz |
| **Cc:** | Bulis, Diane; Cox, Jessica |
| **Subject:** | Miller & Spaulding v. Sawant (USDC) deposition notices |
| **Attachments:** | SAWANT Notice of Dep of Gilbertson - 7679930v1.pdf; SAWANT Notice of Depositino of Lisa Daugaard - 7679928v1.pdf; Notice of Dep - Sawant - 7679502v1.pdf |

In light of the Court's order denying the motion to continue, enclosed please find Plaintiff's three notices of depositions (Defendant's and her two experts'). Hard copies will be mailed shortly.

Thank you.

**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | M: 206-795-4166
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

---

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Tuesday, March 15, 2022 3:04 PM
**To:** Cox, Jessica <JCox@williamskastner.com>; James, Sean <SJames@williamskastner.com>
**Cc:** Brown, Daniel <dbrown@williamskastner.com>; Gabe Frumkin <frumkin@workerlaw.com>; James E. Lobsenz <Lobsenz@carneylaw.com>; Jennifer Woodward <woodward@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC)

Thank you. Of course, I would like a chance to see and approve the revised version, before it is filed.

Dmitri



**DMITRI IGLITZIN** | *Partner* (he/him)
DIR: 206.257.6003 | FAX: 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119

This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.

---

**From:** Cox, Jessica [mailto:JCox@williamskastner.com]
**Sent:** Tuesday, March 15, 2022 1:59 PM
**To:** Dmitri Iglitzin; James, Sean
**Cc:** Brown, Daniel; Gabe Frumkin; James E. Lobsenz; Jennifer Woodward
**Subject:** Re: Miller & Spaulding v. Sawant (USDC)

Sounds good. We will adjust and file with the court. Thank you.

1

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KSHAMA SAWANT, an individual. CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | NO. 2:18-cv-00506 MJP<br><br>NOTICE OF DEPOSITION OF KSHAMA SAWANT |

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that the testimony of **KSHAMA SAWANT** will be taken upon oral examination before a notary public at the law offices of Williams, Kastner & Gibbs PLLC, 601 Union Street, Suite 4100, Seattle, WA 98101, on Friday, the 9th day of **December, 2022**, commencing at the hour of **10:00 a.m.** at the request of Plaintiffs Scott Miller and Michael Spaulding in this action. **This deposition will be conducted in person.**

Said oral examination is subject to continuance or adjournment from time to time or place to place until completed, and to be taken on the grounds and for the reason of discovery. You are hereby required to give evidence in the above-entitled case.

NOTICE OF DEPOSITION OF KSHAMA SAWANT - 1
(2:18-cv-00506-JLR)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7679502.1

1  RESPECTFULLY SUBMITTED this 22nd day of November, 2022.

2

3  s/Daniel A. Brown
   Daniel A. Brown, WSBA #22028
   WILLIAMS, KASTNER & GIBBS PLLC
4  601 Union Street, Suite 4100
   Seattle, WA 98101-2380
5  Telephone: (206) 628-6600
   Fax: (206) 628-6611
6  Email: dbrown@williamskastner.com
   Attorneys for Plaintiffs Miller and Spaulding

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF DEPOSITION OF KSHAMA SAWANT - 2
(2:18-cv-00506-JLR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7679502.1

## CERTIFICATE OF SERVICE

I, Diane M. Bulis, hereby declare under penalty of perjury that on the date noted below I served the foregoing document on the following parties in the manner described:

| | |
|---|---|
| James E. Lobsenz<br>Carney Badley Spellman<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Lobsenz@carneylaw.com;<br>groth@carneylaw.com | ☒ E-mail<br>☒ U.S. Mail |
| Dmitri Iglitzin<br>Barnard Iglitzin & Lavitt LLP<br>18 W Mercer St, Suite 400<br>Seattle, WA 98119<br>iglitzin@workerlaw.com<br>woodward@workerlaw.com;<br>dalmat@workerlaw.com;<br>fernando@workerlaw.com; | ☒ E-mail<br>☒ U.S. Mail |

s/Diane M. Bulis
Diane M. Bulis, Legal Assistant

NOTICE OF DEPOSITION OF KSHAMA SAWANT - 3
(2:18-cv-00506-JLR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7679502.1

# Exhibit B

Case 2:18-cv-00506-MJP   Document 109   Filed 12/15/22   Page 10 of 16

## Cox, Jessica

| | |
|---|---|
| **From:** | Brown, Daniel |
| **Sent:** | Monday, December 12, 2022 1:46 PM |
| **To:** | Dmitri Iglitzin |
| **Cc:** | Cox, Jessica |
| **Subject:** | RE: Miller & Spaulding v. Sawant (USDC) deposition notices |

Dmitri,

The emails say what they say, but I don't remember you offering any date other than December 7th and only if it was via Zoom, both of which were unacceptable to the plaintiffs.

**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | F: 206-628-6611
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

---

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Monday, December 12, 2022 1:19 PM
**To:** Brown, Daniel <dbrown@williamskastner.com>
**Cc:** Benjamin Berger <berger@workerlaw.com>; Darin Dalmat <dalmat@workerlaw.com>; Jennifer Woodward <woodward@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Thank you, Dan. Just to clarify, of course, we did specifically offer to make Ms. Sawant available to be deposed last Wednesday, December 7, via Zoom, for the entire workday, which was prior to discovery cut-off, and you indicated that you were not willing to take the deposition via Zoom any day that week. You and your co-counsel declined to take advantage of that opportunity.

Regards, and best wishes with regard to your mother's medical situation.

Dmitri Iglitzin

**DMITRI IGLITZIN** |   Partner  | Barnard Iglitzin & Lavitt LLP
**DIR:** 206.257.6003  | **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119
This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege.
If you receive this message in error, please permanently delete it and notify the sender.

---

**From:** Brown, Daniel <dbrown@williamskastner.com>
**Sent:** Monday, December 12, 2022 12:05 PM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

1

Dmitri,

Thanks for calling this morning. This confirms that you would not agree to allow us to take Ms. Sawant's deposition in the future, since she would not attend her noticed deposition last week prior to the discovery cutoff. Accordingly, as discussed we will proceed by motion practice on this point.

**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | F: 206-628-6611
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

---

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Friday, December 9, 2022 3:05 PM
**To:** Brown, Daniel <dbrown@williamskastner.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>; Jacob Harksen <harksen@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

I will call you during a break on Monday or Tuesday. Best # for me to use?



**BARNARD IGLITZIN & LAVITT LLP**
**DMITRI IGLITZIN** | *Partner* (he/him)
**DIR:** 206.257.6003  |  **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119

This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.

---

**From:** Brown, Daniel <dbrown@williamskastner.com>
**Sent:** Friday, December 09, 2022 2:05 PM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>; Brown, Daniel <dbrown@williamskastner.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>; Jacob Harksen <harksen@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Let's shoot for Monday or Tuesday, lunch time or end of day, I don't care.

If you are not going to agree, it will be a very brief call. If you agree, we don't need a call, just some dates and I'll draft the stipulation. Not sure what the issue is on this.

Dan
**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | M: 206-795-4166
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

-------- Original message --------
From: Dmitri Iglitzin <iglitzin@workerlaw.com>
Date: 12/9/22 1:44 PM (GMT-08:00)
To: "Brown, Daniel" <dbrown@williamskastner.com>
Cc: "Bulis, Diane" <dbulis@williamskastner.com>, "Cox, Jessica" <JCox@williamskastner.com>, Jacob Harksen <harksen@workerlaw.com>
Subject: RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Hi, Dan. Can we speak on Wednesday morning? I'm out today and then in bargaining on Monday and Tuesday.



**BARNARD IGLITZIN & LAVITT LLP**

**DMITRI IGLITZIN** | *Partner* (he/him)
**DIR:** 206.257.6003 | **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119

This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.

**From:** Brown, Daniel <dbrown@williamskastner.com>
**Sent:** Thursday, December 08, 2022 1:14 PM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Dmitri,

If you are not going to stipulate to taking Ms. Sawant's deposition in the near future (which is looking that way since you haven't responded on this yet to me), then I need a quick conference with you so I can bring a motion to compel and extend the deadline.

Please advise as to your availability for a quick call. I can make myself available anytime tomorrow after 11:00 a.m. or on Monday with fairly open availability.

Dan

**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | F: 206-628-6611 | M: 206-795-4166
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

**From:** Brown, Daniel
**Sent:** Friday, December 2, 2022 11:24 AM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>

3

**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Dmitri,

I think I've been really clear. It is going to be in-person, it will have to be now after the discovery cutoff, especially since you have yet the produce the documents per our discovery which are overdue. So, you need to confirm when we will have all the responsive documents and we can pick a mutually agreeable date shortly after that for her deposition. If you are not going to produce all responsive documents in a short time and are not agreeing to produce Ms. Sawant after that for her deposition live, then we will need to bring a motion to compel.

As for Mr. Hawkins' deposition, he is in England through the end of the year, but can be available for an early start deposition (say 8:00 or 8:30) on December 13, 20, or if need be the 23rd. Please advise if you want to depose him on any of those dates right away so we can lock it down and get an appropriate stipulation filed.

**Daniel Brown**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | F: 206-628-6611 | M: 206-795-4166
www.williamskastner.com

**WASHINGTON OREGON**

---

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Thursday, December 1, 2022 5:12 PM
**To:** Brown, Daniel <dbrown@williamskastner.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>; Jacob Harksen <harksen@workerlaw.com>; Darin Dalmat <dalmat@workerlaw.com>; Jennifer Woodward <woodward@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Dan:

To make sure I fully understand your e-mail, are you saying that you not available to take Councilmember Sawant's deposition on any date prior to December 9, regardless of whether it would be in person or via Zoom, and also saying that you are not willing to have her deposition be conducted via Zoom, regardless on what date it might be scheduled?

Thanks in advance for clarifying,

Dmitri Iglitzin



**DMITRI IGLITZIN** | *Partner* (he/him)
**DIR:** 206.257.6003 | **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119

This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.

4

**From:** Brown, Daniel <dbrown@williamskastner.com>
**Sent:** Wednesday, November 30, 2022 4:37 PM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Dmitri,

Unfortunately, we will be taking Ms. Sawant's deposition in-person at our offices and we do not have any earlier dates available that work. That being said, we could take her deposition on either December 13 or 14. Please check with her and your schedule to see if that works and we can execute an appropriate stipulation to extend the discovery cutoff to accommodate that deposition as we indicated earlier we would be willing to do.

Dan

**Daniel Brown**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | F: 206-628-6611 | M: 206-795-4166
www.williamskastner.com

**WASHINGTON OREGON**


**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Sunday, November 27, 2022 9:22 PM
**To:** Brown, Daniel <dbrown@williamskastner.com>
**Cc:** Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>; James E. Lobsenz <Lobsenz@carneylaw.com>; Jennifer Woodward <woodward@workerlaw.com>; Jacob Harksen <harksen@workerlaw.com>; Darin Dalmat <dalmat@workerlaw.com>; Jennifer Robbins <robbins@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC) deposition notices

Hi, Dan. Unfortunately, Councilperson Sawant and I are both not available on December 9, but we *are* available, via Zoom, on December 7, also at 10:00 a.m. Please confirm if that date, time, and manner of deposition are acceptable to you, and if so, we will wait for you to send out the appropriate Zoom/court reporter information.

Regards,

Dmitri Iglitzin
Counsel for Councilperson Sawant


**DMITRI IGLITZIN** |   Partner  | Barnard Iglitzin & Lavitt LLP
**DIR:** 206.257.6003  | **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119
This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.


**From:** Brown, Daniel <dbrown@williamskastner.com>
**Sent:** Tuesday, November 22, 2022 4:51 PM
**To:** Dmitri Iglitzin <iglitzin@workerlaw.com>; James E. Lobsenz <Lobsenz@carneylaw.com>

5

Cc: Bulis, Diane <dbulis@williamskastner.com>; Cox, Jessica <JCox@williamskastner.com>
Subject: Miller & Spaulding v. Sawant (USDC) deposition notices

In light of the Court's order denying the motion to continue, enclosed please find Plaintiff's three notices of depositions (Defendant's and her two experts'). Hard copies will be mailed shortly.

Thank you.

**Daniel A. Brown**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-233-2949 | M: 206-795-4166
www.williamskastner.com | Bio | V-Card

**WASHINGTON OREGON**

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Tuesday, March 15, 2022 3:04 PM
**To:** Cox, Jessica <JCox@williamskastner.com>; James, Sean <SJames@williamskastner.com>
**Cc:** Brown, Daniel <dbrown@williamskastner.com>; Gabe Frumkin <frumkin@workerlaw.com>; James E. Lobsenz <Lobsenz@carneylaw.com>; Jennifer Woodward <woodward@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC)

Thank you. Of course, I would like a chance to see and approve the revised version, before it is filed.

Dmitri



**DMITRI IGLITZIN** | *Partner* (he/him)
**DIR:** 206.257.6003 | **FAX:** 206.257.6038
18 West Mercer Street, Suite 400, Seattle, WA 98119

This communication is intended for a specific recipient and may be protected by the attorney-client and work-product privilege. If you receive this message in error, please permanently delete it and notify the sender.

**From:** Cox, Jessica [mailto:JCox@williamskastner.com]
**Sent:** Tuesday, March 15, 2022 1:59 PM
**To:** Dmitri Iglitzin; James, Sean
**Cc:** Brown, Daniel; Gabe Frumkin; James E. Lobsenz; Jennifer Woodward
**Subject:** Re: Miller & Spaulding v. Sawant (USDC)

Sounds good. We will adjust and file with the court. Thank you.

**From:** Dmitri Iglitzin <iglitzin@workerlaw.com>
**Sent:** Tuesday, March 15, 2022 11:35 AM
**To:** Cox, Jessica <JCox@williamskastner.com>; James, Sean <SJames@williamskastner.com>
**Cc:** Brown, Daniel <dbrown@williamskastner.com>; Gabe Frumkin <frumkin@workerlaw.com>; James E. Lobsenz <Lobsenz@carneylaw.com>; Jennifer Woodward <woodward@workerlaw.com>
**Subject:** RE: Miller & Spaulding v. Sawant (USDC)

Providing for additional time. So that the trial would be set for the middle of May, 2022, Discovery cut-off is December 11, 2021. Etc.