Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,

                              Plaintiffs,

    v.

KSHAMA SAWANT, an individual, CITY OF SEATTLE, a municipal corporation,

                              Defendants.

Case No. 2:18-cv-00506-MJP

**DEFENDANT KSHAMA SAWANT'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

**Noted for Consideration: January 4, 2023**

Pursuant to Local Rule 7(f), Defendant Kshama Sawant respectfully requests leave to file an over-length summary judgment brief in this matter. LCR 7(f). The facts presented in the brief are extensive but necessary for the Court to fully consider the legal issues involved, including the contextual factors that bear on whether the statements at issue were statements of opinion or fact, and whether what Sawant said was substantially true or false. There are also a significant number of dispositive legal issues to address, including both state-law questions, and state and federal constitutional defenses.

For these reasons, Defendant Sawant requests no more than twenty-four (24) additional pages, for a total of forty-eight (48) pages, to present her motion for summary judgment. Defendant Sawant is not requesting oral argument on her motion for summary judgment; with the additional pages provided, the Court will be able to decide the motion without oral argument.

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD**
**IGLITZIN &**
**LAVITT LLP**

RESPECTFULLY SUBMITTED this 4th day of January, 2022.

s/Dmitri Iglitzin
Dmitri Iglitzin, WSBA No. 17673
s/Darin M. Dalmat
Darin M. Dalmat, WSBA No. 51384
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6003
(206) 257-6038
iglitzin@workerlaw.com

s/James E. Lobsenz
James E. Lobsenz, WSBA No. 8787
**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
(206) 622-8020
(206) 622-8983
lobsenz@carneylaw.com

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**