Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>KSHAMA SAWANT, an individual, CITY OF SEATTLE, a municipal corporation,<br><br>  Defendants. | Case No. 2:18-cv-00506-MJP<br><br>**DECLARATION OF DMITRI IGLITZIN IN SUPPORT OF DEFENDANT KSHAMA SAWANT'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

I, Dmitri Iglitzin, hereby declare as follows:

1. I am a partner at the firm of Barnard Iglitzin & Lavitt LLP, and one of the counsel of record for Defendant Kshama Sawant in this matter.

2. I am aware that the Court looks upon motions for over-length briefs with disfavor. To the best of my recollection, in over 35 years of practicing law, I do not recall another occasion on which I have requested leave to file an over-length brief.

3. Despite the diligent efforts of four different attorneys, we have been unable to reduce Defendant Sawant's motion for summary judgment to 24 pages.

4. There is substantial need to allow the over-length brief because the relevant facts and arguments cannot be effectively presented to the Court in 24 pages, as the Local Rules would otherwise require.

DECLARATION OF DMITRI IGLITZIN - 1
Case No. 2:18-cv-00506-MJP

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

RESPECTFULLY SUBMITTED this 4th day of January, 2022.

*s/Dmitri Iglitzin*
Dmitri Iglitzin, WSBA No. 17673
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6003
(206) 257-6038
iglitzin@workerlaw.com

DECLARATION OF DMITRI IGLITZIN - 2
Case No. 2:18-cv-00506-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP