UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, MICHAEL SPAULDING,<br><br>Plaintiffs,<br><br>v.<br><br>KSHAMA SAWANT,<br><br>Defendant. | CASE NO. C18-506 MJP<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Defendant's Motion for Leave to File Over-Length Brief. (Dkt. No. 113.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion in part. The Court finds that only six additional pages (for a total of thirty) are necessary or appropriate, particularly since the Court is familiar with the legal issues involved in this matter. Plaintiffs shall have thirty pages for their Opposition, and Defendant's Reply may not exceed fifteen pages.

\\

\\

1. The clerk is ordered to provide copies of this order to all counsel.

2. Dated January 4, 2023.

Marsha J. Pechman
United States Senior District Judge