The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, an individual, MICHAEL SPAULDING, an individual,<br><br>           Plaintiffs,<br>    v.<br><br>KSHAMA SAWANT, an individual. CITY OF SEATTLE, a municipal corporation,<br><br>           Defendants. | NO. 2:18-cv-00506-MJP<br><br>NOTICE TO COURT OF AGREED DATE OF DEPOSITION OF DEFENDANT |

In compliance with this Court's order, the deposition of defendant in this matter has been agreed to by the parties to take place in-person at Plaintiffs' counsel's office on Thursday, January 12th beginning at 1:00 p.m.

DATED this 5th day of January, 2023.

s/Daniel A. Brown_____
Daniel A. Brown, WSBA #22028
Attorneys for Plaintiffs Miller and Spaulding
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
dbrown@williamskastner.com
Tel: (206) 628-6600 Fax: (206) 628-6611
Email: dbrown@williamskastner.com

NOTICE TO COURT OF AGREED DATE OF DEPOSITION OF DEFENDANT - 1
CASE NO. 2:18-cv-00506-MJP

7693484.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

s/ Daniel A. Brown
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com
Attorneys for Plaintiffs Miller and Spaulding

NOTICE TO COURT OF AGREED DATE OF DEPOSITION OF DEFENDANT - 2
CASE NO. 2:18-cv-00506-MJP

7693484.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600