UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT MILLER, MICHAEL SPAULDING, | CASE NO. C18-506 MJP |
| Plaintiffs, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| KSHAMA SAWANT, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Motion for Reconsideration. (Dkt. No. 123.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

Motions for reconsideration are disfavored. Local Civil Rule 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.

Plaintiffs assert that the Court committed manifest error in denying their request for fees and costs under Rule 37. There is no merit to this argument. As Plaintiffs concede, fees and costs

1  are not appropriate if the failure to provide the discovery sought was "substantially justified or
2  other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(d)(3). The Court
3  provided a complete analysis of the reasons why an award of fees and costs was not appropriate
4  on the record before it. (<u>See</u> Order on Motion to Compel at 4-6 (Dkt. No. 115).) Plaintiffs'
5  Motion for Reconsideration simply reargues points that were or could have been made and it
6  fails to demonstrate any manifest error in the Court's decision. The Court DENIES the Motion.
7      The clerk is ordered to provide copies of this order to all counsel.
8      Dated January 25, 2023.

Marsha J. Pechman
United States Senior District Judge