1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6  SCOTT MILLER, an individual, MICHAEL
   SPAULDING, an individual
7
                       Plaintiffs,                    Case No. 2:18-cv-00506 MJP
8
               v.                                    TAXATION OF COSTS
9
10  KSHAMA SAWANT, an individual, CITY
    OF SEATTLE, a municipal corporation
11
                       Defendant(s),
12

13         Costs in the above-entitled cause are hereby taxed against Plaintiff(s) SCOTT MILLER

14  and MICHAEL SPAULDING and on behalf of Defendant(s) KSHAMA SAWANT in the

15  amount of  $1,412.70. Items that are to be partially awarded or vacated by the court will be listed

16  below. All other requested costs are to be deemed as accepted by this court

17

18

| Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Deposition Transcript of  Lisa Daugaard and Gregory Gilbertson -** Invoice #96680 | $540.00 | $80.00- *E-transcript fees are duplicative of transcript costs; solely for counsel convenience. ( 2@ $40.00=$80.00)* | $460.00 |

19
20
21
22
23

TAXATION OF COSTS -1

| **Deposition Transcript of Kshama Sawant** Invoice #97025 | $735.20 | $40.00- *E-transcript fees are duplicative of transcript costs; solely for counsel convenience.* | $695.20 |
| --- | --- | --- | --- |
| **Totals** | **Total Costs Requested** $1,532.70 | **Total Costs Disallowed** $120.00 | **Total Costs Allowed** $1,412.70 |

Entered this ___17th___ day of April, 2023,

Ravi Subramanian, Clerk
U. S. District Court

By: _s/ Patrick Sherwood_
Patrick Sherwood
Deputy in Charge

TAXATION OF COSTS -2